**DISMISS and Opinion Filed May 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-16-00376-CV
_____

## IN THE INTEREST OF J.O. AND J.R.O., CHILDREN

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50993-2016**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Whitehill

Before the Court is appellant's pro se notice of nonsuit of his notice of appeal, which we treat as a motion to dismiss the appeal. Appellant has informed the Court that he no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

160376F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF J.O.
AND J.R.O., CHILDREN

No. 05-16-00376-CV

On Appeal from the 429th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 429-50993-2016.
Opinion delivered by Justice Whitehill.
Justices Myers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Rosalee C. Olofernes recover her costs of this appeal from appellant Jose Puerto Olofernes, Jr.

Judgment entered May 11, 2016.